UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

PATRICK SHULER,                          :       21-Cv-2078 (SHS)

                         Plaintiff,      :       ORDER

        -v-
                                         :
HESS RETAIL STORES LLC, and
SPEEDWAY,                                :

                         Defendants.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The initial pretrial teleconference having been held today by telephone, with counsel for
all parties participating,

        IT IS HEREBY ORDERED that:

        1.      The parties shall exchange initial disclosures on or before July 30, 2021;

        2.      Interrogatories and requests to produce documents shall be served by August 30,
2021. The responses shall be served prior to depositions;

        3.      Non expert depositions shall be held on or before September 30, 2021;

        4.      The last day for fact discovery is October 31, 2021;

        6.      There will be a status conference on December 3, 2021, at 10:00 a.m.;

        5.      The last day for expert discovery is December 20, 2021; and

        7.      The last day for completion of all discovery is January 31, 2022.

Dated: New York, New York
        June 25, 2021

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.